# *Memorandum*

2:24-cr-00331-AB

FILED
CLERK, U.S. DISTRICT COURT
5/23/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO DEPUTY

Subject:
United States v. YANG SONG, et al.

Date:
May 23, 2024

To:

BRIAN KARTH
Clerk, United States District Court
Central District of California

From:

ANDREW M. ROACH
Assistant United States Attorney
National Security Division

The above-referenced matter, being filed on May 23, 2024,

- Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Stephanie S. Christensen was personally involved or about which she was personally consulted while employed in the USAO (between April 2008 and July 2023).

ANDREW M. ROACH
Assistant United States Attorney